| | |
|---|---|
| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)<br>E. MARTIN ESTRADA, USA<br>DAVID T. RYAN, AUSA, Chief, National Security Division<br>KEDAR S. BHATIA, AUSA, Terrorism and Export Crimes Section (Cal. Bar No. Pending)<br>Terrorism and Export Crimes Section<br>1500 U.S. Courthouse, 312 North Spring Street, Los Angeles, California 90012<br>Telephone: 213-894-4442 | <br>FILED<br>CLERK, U.S. DISTRICT COURT<br>12/10/2024<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ASI DEPUTY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      PLAINTIFF<br>v.<br>YINPIAO ZHOU<br>                      DEFENDANT. | CASE NUMBER<br><br>2:24-mj-7256-DUTY<br><br>**APPLICATION FOR<br>REVIEW OR RECONSIDERATION OF ORDER<br>SETTING CONDITIONS OF<br>RELEASE OR DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☒ plaintiff ☐ defendant United States of America
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☒ Magistrate Judge Sallie Kim (N.D. Cal.) (Case No. 3:24-mj-7174) by order dated: 12/10/2024

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☒ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☒ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Detention pursuant to 18 U.S.C. § 3142.

The Hon. Sallie Kim, U.S.M.J., entered a stay of the release order for a period of 24-hours, i.e., until approximately 11:00 a.m. on December 11, 2024.

Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on *Notice given to chambers of the Hon. Sallie Kim, U.S.M.J. (N.D. Cal.), and defense counsel Candis Mitchell, Esq. (N.D. Cal.), via email.

An interpreter is ☐ required ☒ not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

| | |
|---|---|
| 12/10/2024<br>Date | *(signature)*<br>Moving Party |

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)