

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

| 12/03/2024 15:50 EST | Generated By: ▓▓▓▓▓▓▓ | Page 1 of 2 |
|---|---|---|

| Common Search Criteria |||||
|---|---|---|---|---|
| **Encounter Start Date** || **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/1982 || 12/03/2024 | 00:00 | 15:50 |
| **Site Code** || **Terminal/Lane** | **Inspector ID Code** | **Inbount-Outbound Indicator** |
| || | | |

| Person Search Criteria |||||
|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
| ZHOU | YINPIAO | | ▓▓/1985 | |
| **Stolen Document Search** | **Document Number From** / **Document Number To** | **Carrier Code** | **Flight/Vessel Number** / **Gender** | **Citizenship** |
| Not Selected | | | | |

| Person Filter Criteria ||||
|---|---|---|---|
| **Last Name** | **First Name** | **Birth Date From** | **Birth Date To** |
| | | | |
| **Encounter Date Earliest** | **Encounter Date Latest** / **Encounter Time** | **Carrier Code** / **Carrier Number** | **Inbound-Outbound Direction** |
| | | | |
| **Encounter Site Location** | **Inspector ID** / **Encounter Lane Type** | **Passenger Status** / **Updated Passenger Status** | **Agency Referred To** / **HitInd** |
| | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZHOU | YINPIAO | ▓▓/1985 | P | ▓▓▓▓ | 02/12/2024 16:04 | HA | 460 | I | A321 | ▓▓▓▓ | APIS | ON BOARD | | | HNL | ICN |
| ZHOU | YINPIAO | ▓▓/1985 | P | ▓▓▓▓ | 06/24/2015 00:00 | CZ | 658 | O | | Name No Name, No | APIS | ON BOARD | | | CAN | SFO |
| ZHOU | YINPIAO | ▓▓/1985 | P | ▓▓▓▓ | 03/03/2008 00:00 | MU | 588 | O | | Name No Name, No | APIS | PASSENGER | | | PVG | JFK |
| ZHOU | YINPIAO | ▓▓/1985 | P | ▓▓▓▓ | 12/23/2007 23:06 | MU | 587 | I | A477 | ▓▓▓▓ | APIS | PASSENGER | | | JFK | PVG |

Total Number of Records: 4

| Legend |
|---|
| Loc |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

| 12/03/2024 15:50 EST | Generated By: ▇▇▇▇▇▇▇▇ | Page 2 of 2 |
|---|---|---|

| Codes | Value |
|---|---|
| PVG | PU DONG, SHANGHAI |
| CAN | BAIYUN |
| ICN | INCHON - SEOUL KOREA |
| HNL | HONOLULU INT'L |
| SFO | SAN FRANCISCO INTL AIRPORT |
| JFK | JOHN F KENNEDY INTL |

| Doc Type ||
|---|---|
| Codes | Value |
| P | P - PASSPORT |

| Site Code ||
|---|---|
| Codes | Value |
| A477 | A477 - NEW YORK, JFK AIRPORT, TERM 1 |
| A321 | A321 - CBP-HONOLULU, AIRPORT |