UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 2:24-mj-07256-DUTY |
| Date | December 16, 2024 |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |
| Interpreter | Not Applicable |
| Probation Officer | Not Applicable |

| Jessica Cortes | ECRO | AUSA Kedar Bhatia |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Yinpiao Zhou | | X | | DFPD Julia Deixler | X | X | |

**Proceedings:** NOT HELD – APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER - SETTING CONDITIONS OF RELEASE [7]

Case called, and counsel make their appearances. Defendant is NOT present. Also present is Mahogane Demyers with Pretrial Services and Special Agent Mike Wood.

For the reasons stated on the record, a continuance is granted and set for December 18, 2024, at 2:00 p.m.

The Court orders the defendant to appear IN-PERSON before District Judge Hernán D. Vera, in Courtroom 5B at the First Street Courthouse, in the Central District of California.

**IT IS SO ORDERED.**

**cc: USMS, USPO**

| | | |
|---|---|---|
| CR-11 | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk: JC<br>Time: 10 |