JULIA DEIXLER (Bar No. 301954)
Deputy Federal Public Defender
(Email: Julia_Deixler@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | 2:24-MJ-7256-DUTY |
| v. | |
| YINPIAO ZHOU | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, **Yinpiao Zhou**, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **20th** day of **December**, 20**24**
at **Los Angeles, CA**
*(City and State)*

/s/ (by counsel with permission) *Julia Deixler*
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____   _____
*Interpreter*

CR-37 (05/15)                **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS**