# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES – GENERAL

| Case No. | 2:24-mj-07256-DUTY | Date | December 20, 2024 |
|---|---|---|---|

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |
| Interpreter | Not Applicable |
| Probation Officer | Fernando Basulto |

| Jessica Cortes | ECRO | AUSA Kedar Bhatia |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Yinpiao Zhou | | X | | DFPD Julia Deixler | X | X | |

**Proceedings:** APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER AND SETTING CONDITIONS OF RELEASE [7]

The case is called and counsel make their appearance. The hearing is held. The Court and counsel confer.

The Court accepts the waiver of defendant's presence filed by defense counsel. The Court has reviewed and considered the report submitted by Pretrial Services and the parties' oral arguments.

For the reasons stated on the record, Defendant, Yinpiao Zhou, is **ORDERED** detained pending trial in this matter.

**IT IS SO ORDERED.**

cc: USPO