**FILED**
CLERK, U.S. DISTRICT COURT

1/7/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YINPIAO ZHOU,<br><br>    Defendant. | CR No. 2:25-CR-00010-JFW<br><br>I N D I C T M E N T<br><br>[49 U.S.C. § 46306(b)(6)(A): Failure to Register an Aircraft; 49 U.S.C. §§ 46307, 40103: Violation of National Defense Airspace; 49 U.S.C. § 46306 & 28 U.S.C. § 2461(c): Criminal Forfeiture] |
|---|---|

The Grand Jury charges:

COUNT ONE

[49 U.S.C. § 46306(b)(6)(A)]

On or about November 30, 2024, in Santa Barbara County, within the Central District of California, defendant YINPIAO ZHOU knowingly and willfully operated an aircraft eligible for registration with the Federal Aviation Administration under Title 49, United States Code, Section 44102, namely, a DJI Mavic 2 unmanned aerial vehicle with serial number 163CG98R0A18BW, knowing that the aircraft was not registered under Title 49, United States Code, Section 44103.

COUNT TWO

[49 U.S.C. §§ 46307, 40103]

On or about November 30, 2024, in Santa Barbara County, within the Central District of California, defendant YINPIAO ZHOU knowingly and willfully operated an aircraft, namely, a DJI Mavic 2 unmanned aerial vehicle with serial number 163CG98R0A18BW, in National Defense Airspace around Vandenberg Space Force Base, in violation of Title 49, United States Code, Sections 46307 and 40103, and Title 14, Code of Federal Regulations, Section 99.7, a regulation prescribed under Title 49, United States Code, Section 40103(b)(3).

FORFEITURE ALLEGATION

[49 U.S.C. § 46306(d) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 49, United States Code, Section 46306(d), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count One of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any and all aircraft whose use relates to such offense;

   (b)  All right, title and interest in any and all aircraft, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

   (c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

3

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                          A TRUE BILL

                                          /S/
                                          Foreperson

E. MARTIN ESTRADA
United States Attorney

/s/ David T. Ryan

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

KEDAR S. BHATIA
Assistant United States Attorney
Terrorism and Export Crimes
Section

4