CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
YINPIAO ZHOU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> YINPIAO ZHOU, <br> Defendant. | Case No. 25-cr-10-JFW <br><br> **STIPULATION TO ADVANCE SENTENCING HEARING** <br><br> Current Hearing Date: April 7, 2025 <br><br> Proposed Hearing Date: March 31, 2025 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Kedar Bhatia, and defendant Yinpiao Zhou, by and through his attorney of record, Deputy Federal Public Defender Julia Deixler, that:

1. Yinpiao Zhou was arrested in this case on December 9, 2024 and made his initial appearance in federal court in the Northern District of California on December 10, 2024. He has remained in custody since his arrest.

2. Mr. Zhou made his initial appearance in the Central District on January 30, 2025. Trial was set for March 25, 2025.

3. On March 10, 2025, Mr. Zhou entered a guilty plea, pursuant to a plea agreement, to Count 2 of the two-count indictment, which charges a violation of 49 U.S.C. §§ 46307, 40103, Violation of National Defense Airspace. The charge is a Class A misdemeanor which carries a statutory maximum sentence of one year imprisonment and one year of supervised release.

4. At the Change of Plea hearing, the Court ordered the Probation Office to prepare a presentence report concerning Mr. Zhou's criminal history only.

5. On March 17, the Probation Office filed the presentence report, which found that Mr. Zhou has zero criminal history points, establishing a criminal history category of I.

6. The parties agree that the applicable sentencing guidelines range in this case is 0-6 months. However, the parties are not in agreement over the appropriate sentence. The defense believes that a probationary sentence is appropriate, while the government intends to seek a custodial sentence.

7. Despite the disagreement in sentencing recommendations, the parties submit that they are prepared to move forward with sentencing on March 31, 2025, and to file any sentencing positions on March 24, 2025.

For all these reasons, the parties hereby stipulate that the Court should advance the sentencing hearing date from April 7 to March 31.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 20, 2025    By  /s/ Julia Deixler
JULIA DEIXLER
Deputy Federal Public Defender
Attorney for YINPIAO ZHOU

2

|   |   |
|---|---|
| | JOSEPH T. MCNALLY<br>United States Attorney |
| DATED: March 20, 2025 | By  /s/ Kedar Bhatia<br>KEDAR BHATIA<br>Assistant United States Attorney |

3