CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
YINPIAO ZHOU

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YINPIAO ZHOU,<br><br>Defendant. | Case No. 25-cr-10-JFW<br><br>**ORDER ADVANCING SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be advanced from April 7, 2025 to March 31, 2025. Sentencing position papers shall be filed no later than March 24, 2025.

DATED: March 25, 2025    By _____
                              HON. JOHN F. WALTER
                              United States District Judge

CC: USPO/PSA; USM

Presented by:

____/s/ Julia Deixler_____
Deputy Federal Public Defender